IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER THOMAS,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                   13-cv-15-bbc

STATE OF WISCONSIN, JEFF HRUDKA,
CHRIS HANDY, ERIC SWIATLY and
ERIC OWEN,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion to dismiss this case for failure to state a claim upon which relief may be granted.

| s/ Peter Oppeneer | 3/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |