IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER THOMAS,

    Plaintiff,

v.

STATE OF WISCONSIN, JEFF HRUDKA,
CHRIS HANDY, ERIC SWIATLY and
ERIC OWEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-15-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion to dismiss this case for failure to state a claim upon which relief may be granted.

```
      s/ Peter Oppeneer                        3/20/2013
```
    Peter Oppeneer, Clerk of Court           Date